STARK COUNTY BAR ASSOCIATION *v.* PHILLIPS.

[Cite as Stark Cty. Bar Assn. *v.* Phillips (1989), 45 Ohio St. 3d 286.]

(No. 89-720—Submitted July 11, 1989—Decided September 13, 1989.)

*Day, Ketterer, Raley, Wright & Rybolt, Alicia M. Wyler, Coury, Burns, Demchak, Slagle & Lacki, Thomas A. Burns* and *D. Stephen Stone, Jr.,* for relator.

*Charles W. Kettlewell,* for respondent.

*Per Curiam.* We agree with the board's finding and recommendation and publicly reprimand respondent.

Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.